```
INTERNAL REVENUE SERVICE
SOCIAL SECURITY NO    MO  DAY YR  MO DA YR   P/P   T&A CONTACT POINT    ACCT STAT    ORGANIZATIONAL STRUCTURE    30269  1157       FORM AD-334
***  **  ****         12  05 10  12 18 10    25    93 47 1620 10:40     0010         93 60 65 6542     2818    GS   12    01       USDA (REV. 10/97)
SALARY      RATE   TYPE EMPL   SEP-FPR LEAVE   RET THIS APPOINTMENT    DEDUCTIONS
71,901.00   PA    F/T       09 13 10             154 35                        STATEMENT OF EARNINGS AND LEAVE
```

### EARNINGS AND DEDUCTIONS

| CODE | ITEM DESCRIPTION | HOURS P/P | YR TO DATE | AMOUNT P/P | YR TO DATE |
|---|---|---|---|---|---|
| 01 | REGULAR TIME | 65.00 | 513.00 | 2,239.25 | 17,672.85 |
| 61 | ANNUAL LEAVE | 2.00 | 10.00 | 68.90 | 344.50 |
| 62 | SICK LEAVE | 8.00 | 8.00 | 275.60 | 275.60 |
| 66 | OTHER LEAVE | 5.00 | 29.00 | 172.25 | 999.05 |
| **** | ***** PAY PERIOD HOURS & GROSS PAY ***** | 80.00 | | 2,756.00 | 19,292.00 |
| 7502 | RETIREMENT | | | 22.05 | 154.35 |
| 7515 | TSP-FERS | | | 137.80 | 909.48 |
| 76 | SOCIAL SECURITY (OASDI) | | | 170.87 | 1,196.09 |
| 77 | FEDERAL TAX EXEMPTS M05 | | | 187.44 | 1,320.35 |
| 78 | ST TAX GA EXEMPTS M05 | | | 106.94 | 751.89 |
| 87 | UNION/ASSOCIATION DUES 10  0026 | | | 16.45 | 82.25 |
| 97 | MEDICARE TAX WITHHELD | | | 39.96 | 279.72 |
| **** | *********** TOTAL DEDUCTIONS *********** | | | 681.51 | 4,694.13 |
| **** | *************** NET PAY *************** | | | 2,074.49 | 14,597.87 |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 28.00 | 10.00 | 18.00 | | | 240.00 |
| SICK | 28.00 | 8.00 | 20.00 | | | LEAVE CATEG 4 |
| COMP | | | | | | |

CHECK YOUR PP25 SEL FOR ANY INTEREST ON BACK PAY YOU MAY HAVE RECEIVED THIS YEAR. ALL INTEREST IS TAXABLE AND MUST BE REPORTED WHEN FILING YOUR TAXES. FOR MORE INFORMATION CONTACT ERC AT 866-743-5748, OPTION 1 OR ON THE WEB AT HTTP://ERC.WEB.IRS.GOV

OFFICIAL PAY DATE  12/30/2010

T-0125   09655           93   2818
BRUCE C WOOD
207 BIRKHILL
PEACHTREE CITY, GA 30269-1157

# INTERNAL REVENUE SERVICE

**STATEMENT OF EARNINGS AND LEAVE**
FORM AD-334 USDA (REV 10/97)

| SOCIAL SECURITY NO. | PAY PERIOD DATE | P/P | T&A CONTACT POINT | ACCT STAT | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR. | STEP |
|---|---|---|---|---|---|---|---|---|---|
| *** ** **** | 11/07/10  11/20/10 | 23 | 93 47 1520 10 40 | 0010 | 93 60 65 6542 | 2818 | GS | 12 | 01 |

| SALARY | RATE | TYPE EMPL | SCD FOR LEAVE | RET DEDUCTIONS THIS APPOINTMENT | |
|---|---|---|---|---|---|
| 71 901 00 | PA | F/T | 09 13 10 | 110 25 | |

## EARNINGS AND DEDUCTIONS

| CODE | ITEM DESCRIPTION | HOURS P/P | HOURS YR TO DATE | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|
| 01 | REGULAR TIME | 72 00 | 384 00 | 2 480 40 | 13 228 80 |
| 66 | OTHER LEAVE | 8 00 | 16 00 | 275 60 | 551 20 |
| **** | ***** PAY PERIOD HOURS & GROSS PAY ***** | 80 00 | | 2 756 00 | 13 780 00 |
| 7502 | RETIREMENT | | | | |
| 7515 | TSP-FERS | | | 22 05 | 110 25 |
| 76 | SOCIAL SECURITY (OASDI) | | | 137 80 | 633 88 |
| 77 | FEDERAL TAX EXEMPTS M05 | | | 170 87 | 854 35 |
| 78 | ST TAX GA EXEMPTS M05 | | | 187 44 | 945 47 |
| 87 | UNION/ASSOCIATION DUES 10  0026 | | | 106 94 | 538 01 |
| 97 | MEDICARE TAX WITHHELD | | | 16 45 | 49 35 |
| | | | | 39 96 | 199 80 |
| **** | *********** TOTAL DEDUCTIONS *********** | | | 681 51 | 3 331 11 |

| **** | ************** NET PAY ************** | | | 2 074 49 | 10 448 89 |

### BOND ACCOUNT

| AUTH NO | DENOMINATION | DEDUCTION | BALANCE AVAIL | NO. ISSUED | ISSUE DATE |
|---|---|---|---|---|---|

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX C/O |
|---|---|---|---|---|---|---|
| ANN | 20.00 | | 20.00 | | | 240.00 |
| SICK | 20.00 | | 20.00 | | | LEAVE CATEG 4 |
| COMP | | | | | | |

REMARKS: FEDERAL BENEFITS OPEN SEASON ENDS DECEMBER 13. TO MAKE CHANGES TO YOUR BENEFITS YOU WILL NEED ACCESS TO EMPLOYEE EXPRESS. IF YOU DON'T HAVE ACCESS TO EMPLOYEE EXPRESS GO TO WWW.EMPLOYEEEXPRESS.GOV AND SELECT THE LINK "FORGOT LOGIN ID OR PASSWORD". DON'T WAIT GET YOUR PIN TODAY!

OFFICIAL PAY DATE  11/30/2010

NAME AND ADDRESS

T-0133    12489              93    2818
BRUCE C WOOD
207 BIRKHILL
PEACHTREE CITY, GA 30269-1157

## INTERNAL REVENUE SERVICE

**STATEMENT OF EARNINGS AND LEAVE**
FORM AD-334 USDA (REV. 10/97)

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY NO | PAY PERIOD DATE MO DA YR MO DA YR | P/P | IRS CONTACT POINT | ACCT STAT | ORGANIZATIONAL STRUCTURE | | PERSNL OFFICE | PAY PLAN | GR. | STEP | | |
| *** ** **** | 10 24 10 11 06 10 | 22 | 93 47 1520 10 40 | 0010 | 93 60 65 6542 | 30269 | 2818 | GS | 12 | 01 | | |
| SALARY 71,901.00 | RATE PA | TYPE EMPL F/T | SEP LEAVE 09 13 10 | RET. DEDUCTIONS THIS APPOINTMENT 88 20 | | | | | | | | |

### EARNINGS AND DEDUCTIONS

| CODE | DESCRIPTION | HOURS P/P | HOURS YR TO DATE | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|
| 01 | REGULAR TIME | 80.00 | 312.00 | 2,756.00 | 10,748.40 |
| 66 | OTHER LEAVE | | 8.00 | | 275.60 |
| **** | ***** PAY PERIOD HOURS & GROSS PAY ***** | 80.00 | | 2,756.00 | 11,024.00 |
| 7502 | RETIREMENT | | | 22.05 | 88.20 |
| 7515 | TSP-FERS | | | 137.80 | 496.08 |
| 76 | SOCIAL SECURITY (OASDI) | | | 170.87 | 683.48 |
| 77 | FEDERAL TAX  EXEMPTS M05 | | | 187.44 | 758.03 |
| 78 | ST TAX  GA  EXEMPTS M05 | | | 106.94 | 431.07 |
| 87 | UNION/ASSOCIATION DUES 10  0026 | | | 16.45 | 32.90 |
| 97 | MEDICARE TAX WITHHELD | | | 39.96 | 159.84 |
| **** | *********** TOTAL DEDUCTIONS *********** | | | 681.51 | 2,649.60 |
| **** | *************** NET PAY *************** | | | 2,074.49 | 8,374.40 |

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX C/O |
|---|---|---|---|---|---|---|
| ANN | 16.00 | | 16.00 | | | 240.00 |
| SICK | 16.00 | | 16.00 | | | LEAVE CATEG 4 |
| COMP | | | | | | |

FEDERAL BENEFITS OPEN SEASON RUNS THROUGH DECEMBER 13. TO MAKE CHANGES TO YOUR BENEFITS YOU WILL NEED ACCESS TO EMPLOYEE EXPRESS. IF YOU DO NOT HAVE ACCESS GO TO WWW.EMPLOYEEEXPRESS.GOV AND SELECT THE LINK "FORGOT LOGIN ID OR PASSWORD" DON'T WAIT SIGN UP TODAY!

OFFICIAL PAY DATE  11/18/2010

T-0131  12001  93  2818
BRUCE C WOOD
207 BIRKHILL
PEACHTREE CITY, GA 30269

# INTERNAL REVENUE SERVICE

FORM AD-334 USDA (REV. 10/97)

**STATEMENT OF EARNINGS AND LEAVE**

| SOCIAL SECURITY NO | PAY PERIOD DATE MO DA YR / MO DA YR | P/P | TRA CONTACT POINT | ACCT STAT | ORGANIZATIONAL STRUCTURE | PERSNL OFFICE | PAY PLAN | GR | STEP |
|---|---|---|---|---|---|---|---|---|---|
| ***-**-**** | 10 10 10 / 10 23 10 | 21 | 93 47 1620 10 40 | 0010 | 93 60 65 6542 | 2818 | GS | 12 | 01 |

| SALARY RATE | TYPE EMP | SCR FOR LEAVE | RET DEDUCT/CHG THIS APPOINTMENT | | |
|---|---|---|---|---|---|
| 71 901 00 PA | F/T | 09 13 10 | | 66 15 | |

## EARNINGS AND DEDUCTIONS

| CODE | ITEM DESCRIPTION | HOURS P/P | HOURS YR TO DATE | AMOUNT P/P | AMOUNT YR TO DATE |
|---|---|---|---|---|---|
| 01 | REGULAR TIME | 72 00 | 232 00 | 2 480 40 | 7 992 40 |
| 66 | OTHER LEAVE | 8 00 | 8 00 | 275 60 | 275 60 |
| **** | ***** PAY PERIOD HOURS & GROSS PAY ***** | 80 00 | | 2 756 00 | 8 268 00 |
| 7502 | RETIREMENT | | | 22 05 | 66 15 |
| 7515 | TSP-FERS | | | 137 80 | 358 28 |
| 76 | SOCIAL SECURITY (OASDI) | | | 170 87 | 512 61 |
| 77 | FEDERAL TAX EXEMPTS M05 | | | 187 44 | 570 59 |
| 78 | ST TAX GA EXEMPTS M05 | | | 106 94 | 324 13 |
| 87 | UNION/ASSOCIATION DUES 10 0026 | | | 16 45 | 16 45 |
| 97 | MEDICARE TAX WITHHELD | | | 39 96 | 119 88 |
| **** | *********** TOTAL DEDUCTIONS *********** | | | 681 51 | 1 968 09 |
| **** | *************** NET PAY *************** | | | 2 074 49 | 6 299 91 |

### BOND ACCOUNT

| AUTH NO | DENOMINATION | DEDUCTION | BALANCE AVAIL | NO ISSUED | ISSUE DATE |
|---|---|---|---|---|---|

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP |
|---|---|---|---|---|---|
| ANN | 12.00 | | 12.00 | | |
| SICK | 12.00 | | 12.00 | | |
| COMP | | | | | |

MAX C/O 240 00
LEAVE CATEG 4

**REMARKS:** DO YOU USE A HEALTHCARE PROGRAM TO PAY FOR MEDS? AS OF 1/1/2011, YOU MUST HAVE A PRESCRIPTION FOR OVER-THE-COUNTER MEDICINES TO USE ACCOUNT FUNDS TAX-FREE, EVEN IF FSA, HRA, HAS OR MSA FUNDS WERE SET ASIDE IN 2010. REVIEW YOU PLAN'S RULES AS YOU SET ASIDE FUNDS AND CHECK WWW.IRS.GOV FOR UPDATES.

OFFICIAL PAY DATE 11/04/2010

NAME AND ADDRESS:
T-0127    10628           93    2818
BRUCE C WOOD
207 BIRKHILL
PEACHTREE CITY, GA 30269

# Coweta County School System

Earnings Record

```
Employee Name:  WOOD MARGARET HARRIS    Social Security #:
       Address: 207 BIRKHILL              Status: A    Date of Hire: 08022006
                PEACHTREE CITY GA         Pay Period: M    Pay Type: S
                                          30269-0000   Salary/Rate:   4,660.00
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 Date    Check #    Gross    Fed WH    FIC/Mcr    State    Retmt    Vol Deds    Net
122110  v9322106   4660.00    21.04    266.28     87.55   257.70   1235.11    2792.32
```

P.O. DRAWER 280  •  NEWNAN, GEORGIA 30264-0280  •  (770) 254-2800
-AN EQUAL OPPORTUNITY EMPLOYER-

# Coweta County School System

Earnings Record

```
Employee Name:  WOOD MARGARET HARRIS     Social Security #:
      Address:  207 BIRKHILL              Status: A    Date of Hire:  08022006
                PEACHTREE CITY GA         Pay Period: M    Pay Type:  S
                                          30269-0000   Salary/Rate:   4,660.00

Date     Check #    Gross     Fed WH   FIC/Mcr   State   Retmt    Vol Deds    Net

093010  v9314683  4660.00     35.97    277.70    96.50   257.70   1100.59   2891.54
102910  v9317151  4660.00     35.97    277.70    96.50   257.70   1100.59   2891.54
113010  v9319627  4660.00     35.97    277.70    96.50   257.70   1100.59   2891.54
```

P.O. DRAWER 280   •   NEWNAN, GEORGIA 30264-0280   •   (770) 254-2800
-AN EQUAL OPPORTUNITY EMPLOYER-